IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
and ZUNI INDIAN TRIBES,

       Plaintiffs,

v.                                                                                  CV 07-681 MV/WPL

STATE OF NEW MEXICO, ex rel.                          ZUNI RIVER BASIN
STATE ENGINEER, et al.,                                     ADJUDICATION

       Defendants.                                              Subproceeding 1:
                                                                           Zuni Indian Claims

**ORDER DIRECTING SUBMISSION OF STATUS REPORT**

      This matter is before me on the parties' Joint Status Report Concerning Progress of Negotiations. (Doc. 342.) On December 10, 2013, the Honorable Lorenzo F. Garcia vacated all scheduling orders filed since September 2008 to allow the parties time to pursue a negotiated settlement of the Tribe's claims. (Doc. 333.) Pursuant to Judge Garcia's Order, the parties filed a Joint Status Report on June 10, 2014. (Doc. 336.) The parties have filed a Joint Status Report every six months since that time. (Docs. 339, 341, 342.)

      According to the Joint Status Reports, the negotiation technical committee met in July and December 2015, and have agreed to meet in-person in February 2016. Technical representatives from the Zuni Tribe and the Navajo Nation met in November 2015 and expect to meet again in January 2016. The Zuni Tribe has been developing a draft settlement proposal in conjunction with the United States. The Zuni Tribe anticipates presenting a draft settlement propose to the other Parties sometime in 2016. In light of these proceedings, the parties ask for another six months to continue settlement discussions and related technical work.

Being fully advised in these matters, I find that the parties' request is well-taken. The parties are granted an additional six months to continue their settlement negotiations and related efforts. No later than **June 15, 2016**, the parties will file another report concerning the status of their negotiations and as to further scheduling in this Subproceeding.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.