# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
and ZUNI INDIAN TRIBES,

       Plaintiffs,

v.                                                      CV 07-681 MV/WPL

STATE OF NEW MEXICO, ex rel.              ZUNI RIVER BASIN
STATE ENGINEER, et al.,                      ADJUDICATION

       Defendants.                         Subproceeding 1:
                                                                Zuni Indian Claims

## ORDER DIRECTING SUBMISSION OF STATUS REPORT

This matter is before me on the parties' Joint Status Report Concerning Progress of Negotiations. (Doc. 346.) On December 10, 2013, the Honorable Lorenzo F. Garcia vacated all scheduling orders filed since September 2008 to allow the parties time to pursue a negotiated settlement of the Tribe's claims. (Doc. 333.) Pursuant to Judge Garcia's Order, the parties filed a Joint Status Report on June 10, 2014. (Doc. 336.) The parties have filed a Joint Status Report every six months since that time. (Docs. 339, 341, 342, 344, 345, 346.)

According to the Joint Status Reports, the negotiation technical committee met in January and February 2017, a subgroup met in April 2017, and another subgroup meeting is planned for the near future. The Zuni Tribe has been developing a draft settlement proposal and will continue in this effort. In light of these proceedings, the parties ask for another six months to continue settlement discussions and related technical work.

Being fully advised in these matters, I find that the parties' request is well-taken. The parties are granted an additional six months to continue their settlement negotiations and related

efforts. No later than **December 20, 2017**, the parties will file another report concerning the status of their negotiations and as to further scheduling in this Subproceeding.

Additionally, the parties will file joint status reports every June 20 and December 20 until further order of this Court.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.

2